UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Walter D. Nealy, Esq.
Attorney at Law
100 South Van Brunt Street, Suite 2c
Englewood, New Jersey 07631
Tel: 201-227-0063
Fax: 201-227-6118
Email: nealylaw@gmail.com

In Re:

Leonard Jeffries Jr.
Rosalind Jeffries

Order Filed on November 3, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:   15-12091-SLM

Chapter:   13

Judge:   Stacey L. Meisel

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 3, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Walter D. Nealy, Esq._____, the applicant, is allowed a fee of $ ___2,370.00___ for services rendered and expenses in the amount of $___80.00___ for a total of $___2,450.00___ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Leonard Jeffries, Jr.
Rosalind R Jeffries
    Debtors

Case No. 15-12091-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Nov 03, 2016
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2016.
db/jdb        +Leonard Jeffries, Jr.,   Rosalind R Jeffries,   96 Schoonmaker Road,   Teaneck, NJ 07666-6013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                                            Signature:  <u>/s/Joseph Speetjens</u>

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2016 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-6, Asset-Backed Certificates, Series 2006-6 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-16TT dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com, ktlbslaw@aol.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Sean M. O'Brien    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-6, Asset-Backed Certificates, Series 2006-6 sobrien@flwlaw.com
          Walter D. Nealy    on behalf of Joint Debtor Rosalind R Jeffries nealylaw@gmail.com
          Walter D. Nealy    on behalf of Debtor Leonard  Jeffries, Jr. nealylaw@gmail.com
                                                                                                                            TOTAL: 7