Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 15−12091−SLM
                    Chapter: 13
                    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leonard Jeffries Jr.                      Rosalind R Jeffries
   96 Schoonmaker Road                 96 Schoonmaker Road
   Teaneck, NJ 07666                     Teaneck, NJ 07666

Social Security No.:
   xxx−xx−1019                             xxx−xx−3183

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on November 18, 2016.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 18, 2016
JJW: axg

                                                                      James J. Waldron
                                                                      Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 15-12091-SLM
Leonard Jeffries, Jr.                                               Chapter 13
Rosalind R Jeffries
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2       Date Rcvd: Nov 18, 2016
                              Form ID: 148             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
db/jdb         +Leonard Jeffries, Jr.,    Rosalind R Jeffries,    96 Schoonmaker Road,    Teaneck, NJ 07666-6013
cr             +BANK OF AMERICA, N.A.,    c/o KOURY TIGHE LAPRES BISULCA & SOMMERS,     1423 TILTON ROAD,
                SUITE 9,    NORTHFIELD, NJ 08225-1857
cr             +Deutsche Bank National Trust Company, as Trustee,,    c/o Select Portfolio Servicing, Inc.,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
lm             +Select Portfolio Services, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
515315085      +AMC Mortgage Services/Citimortgage Inc,    Citimortgage Inc,    Po Box 6030,
                Sioux Falls, SD 57117-6030
515315083       Amc Mortgage Services,    Citimortgage, INC,    00105280 Corporate Dr,    Frederick, MD 21703
515557786      +Atlantic Credit & Finance Special Finance,    Unit, LLC Successor in interest to,
                SYNCHRONY BANK,c/o Weltman, Weinberg &,    Reis Co., LPA, 325 Chestnut Street,,
                Ste 501, Philadelphia, PA 19106-2614
515315089      +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
515315091      +Comm Bk Bergen Cty N J,    18 Railroad Ave,    Rochelle Park, NJ 07662-4105
515463619      +Deutsche Bank National Trust Company, as Trustee,,    Select Portfolio Servicing, Inc.,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
515315094      +Fremont Investment & Loan,    Attn: Bankruptcy,    Po Box 24738,    West Palm Beach, FL 33416-4738
515315097       Hon. Gerald C. Escala, JSC,    Bergen County Court House,    10 Main St,    Englewood, NJ 07631
515315099      +New Century Mortgage C/Carrington,    1610 E. St. Andrew Place,    B150,
                Santa Ana, CA 92705-4931
515315100      +Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
515315105      +Zucker, Goldberg & Ackermqan, LLC,    200 Shffield Street , Suite 301,
                Mountainside, NJ 07092-2315
516383236       c/o -BCAT 2015-16TT,    Shellpoint Mortgage Servicing,    PO Box 10826,
                Greenville, SC 29603-0826
516383241      +c/o -BCAT 2015-16TT,    Shellpoint Mortgage Servicing,    PO Box 10826,
                Greenville, SC 29603-0826,    c/o -BCAT 2015-16TT,    Shellpoint Mortgage Servicing 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 19 2016 02:27:08     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2016 02:27:04     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515431806       EDI: AIS.COM Nov 19 2016 02:08:00     American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK 73124-8838
515315086      +EDI: BANKAMER.COM Nov 19 2016 02:08:00     Bank of America,
                Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
515315092      +EDI: TSYS2.COM Nov 19 2016 02:08:00     Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515315093      +EDI: AMINFOFP.COM Nov 19 2016 02:08:00     First Premier Bank,    601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
515315096      +EDI: RMSC.COM Nov 19 2016 02:08:00     GECRB/Care Credit,    Attn: Bankruptcy,    Po Box 103104,
                Roswell, GA 30076-9104
515315098      +EDI: IIC9.COM Nov 19 2016 02:08:00     IC System,    Attn: Bankruptcy,
                444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
515315101      +EDI: RMSC.COM Nov 19 2016 02:08:00     Syncb/mervyns,    Po Box 965005,    Orlando, FL 32896-5005
515315102      +EDI: WTRRNBANK.COM Nov 19 2016 02:08:00     Target N.b.,    Po Box 673,
                Minneapolis, MN 55440-0673
515315103      +EDI: VERIZONEAST.COM Nov 19 2016 02:08:00     Verizon,    500 Technology Dr,
                Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee f
cr              Deutsche Bank National Trust Company, as Trustee,
515315084       Amc Mortgage Services
515315087*     +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                Simi Valley, CA 93062-5170
515315088*     +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                Simi Valley, CA 93062-5170
515315090*     +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
515315095*     +Fremont Investment & Loan,    Attn: Bankruptcy,    Po Box 24738,    West Palm Beach, FL 33416-4738
515315104*     +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
516383240*      c/o -BCAT 2015-16TT,    Shellpoint Mortgage Servicing,    PO Box 10826,
                Greenville, SC 29603-0826
                                                                                        TOTALS: 3, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 18, 2016
                              Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-6, Asset-Backed Certificates,
               Series 2006-6 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business
               as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-16TT
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
               ktlbslaw@aol.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Sean M. O'Brien    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-6, Asset-Backed Certificates,
               Series 2006-6 sobrien@flwlaw.com
              Walter D. Nealy    on behalf of Joint Debtor Rosalind R Jeffries nealylaw@gmail.com
              Walter D. Nealy    on behalf of Debtor Leonard  Jeffries, Jr. nealylaw@gmail.com
                                                                                             TOTAL: 7
```