Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                  Case No.:  15−12091−SLM
                                                  Chapter:  13
                                                  Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leonard Jeffries Jr.                                         Rosalind R Jeffries
   96 Schoonmaker Road                           96 Schoonmaker Road
   Teaneck, NJ 07666                                    Teaneck, NJ 07666

Social Security No.:
   xxx−xx−1019                                                       xxx−xx−3183

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 9, 2017</u>                   <u>Stacey L. Meisel</u>
                                             Judge, United States Bankruptcy Court